UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

                                  Case No. 09-20043

                                  HONORABLE ARTHUR J. TARNOW

JASON MESI,

       Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE SENTENCE

Before the Court is Defendant's motion to reduce sentence. After an evidentiary hearing on the motion, the Court wrote a letter to the Federal Bureau of Prisons asking for an explanation of the determination that Mr. Mesi was unqualified to participate in the RDAP program. The explanation was received. Pursuant to the explanation and for the reasons stated on the record, the motion is DENIED.

                                        s/Arthur J. Tarnow
                                        Arthur J. Tarnow
                                        United States District Judge

Dated: March 28, 2011

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on March 28, 2011, by electronic and/or ordinary mail.

                                        s/Catherine A. Pickles
                                        Judicial Secretary